UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CONNIE STEELMAN,                             )<br>                                                            )<br>         Plaintiff,                                     )<br>                                                            )<br>     vs.                                                 )<br>                                                            )<br> SRI REAL ESTATE                            )<br> PROPERTIES, LLC, et al.,                 )<br>                                                            )<br>         Defendant.                                 ) | Case No. 4:12CV292 CDP |

## MEMORANDUM AND ORDER

Plaintiff Connie Steelman, acting *pro se*, brought this case alleging violations of the Americans with Disabilities Act by defendant Sonic Drive In of Rolla, Missouri, LLC.  Steelman's previous counsel filed this case on her behalf on February 16, 2012.  She now seeks to proceed in forma pauperis.  However, the CJA Form 23 Financial Affidavit that accompanies her motion is not signed by the plaintiff.  Therefore, I will deny the motion for leave to proceed in forma pauperis.  In any event, she has already paid the filing fee in the case, and she has not presented any specific request for relief that depends on her being granted in forma pauperis status at this time.

Additionally, Steelman has filed a motion for relief.  She seeks an order directing defense counsel "to comply with COURTS LAWS OF ASSERTIVENESS, and NOT HARASSMENT."  This order does not explain the

specific relief sought by Steelman, nor does it explain the alleged harassment employed by defense counsel.  Such vague and conclusory allegations do not entitle Steelman to any relief from this court.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis [#32] is DENIED.

**IT IS FURTHER ORDERED** that plaintiff's motion to court [#32] is DENIED, and defendant's motion to strike [#35] is DENIED AS MOOT.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 11th day of September, 2012.